UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAMES T. CARSTARPHEN,**

    **Petitioner,**

    v.                                       Case Number 2:25-cv-946
                                                  JUDGE EDMUND A. SARGUS, JR.
                                                  Magistrate Judge Peter B. Silvain, Jr.

**WARDEN LORAIN CORRECTIONAL
INSTITUTION,**

    **Respondent.**

## ORDER

    This matter is before the Court on a Report and Recommendation filed by the Magistrate Judge on November 5, 2025. (ECF No. 4.) The Magistrate Judge recommends that Petitioner James T. Carstarphen's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 be dismissed for lack of prosecution. (*Id.*)

    After Petitioner filed his Petition and Motion for Leave to Proceed *in forma pauperis* (ECF No. 1), the Court issued a Deficiency Order requiring Petitioner, within 30 days, to pay the full filing fee of $5.00 or submit a completed Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form (ECF No. 2). Petitioner was warned that failure to comply could result in dismissal of his Petition for want of prosecution. (ECF No. 2.) Petitioner failed to comply, however, and the Court issued an Order to Show Cause as to why the case should not be dismissed, again warning failure to comply would result in dismissal for want of prosecution. (ECF No. 3.)

    The parties were advised of their right to object to the Report and Recommendation and of the consequences of failing to do so (ECF No. 4, PageID 98), but did not do so. The Court

**ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation. (ECF No. 4.) This matter is **DISMISSED** for lack of prosecution. Petitioner's Motion for Leave to Proceed *in forma pauperis* is **DENIED as moot**. (ECF No. 1.)

The Clerk is **DIRECTED** to enter judgment and close the case.

**IT IS SO ORDERED.**

**12/4/2025**                                                         s/Edmund A. Sargus, Jr.
**DATE**                                                              **EDMUND A. SARGUS, JR.**
                                                                                     **UNITED STATES DISTRICT JUDGE**